PENNSYLVANIA-READING SEASHORE LINES, A CORPO-
RATION, PROSECUTOR, v. THE BOARD OF PUBLIC
UTILITY COMMISSIONERS OF THE STATE OF NEW
JERSEY, DEFENDANT.

Argued October term, 1934—Decided February 4, 1935.

Before BROGAN, CHIEF JUSTICE, and Justices PARKER
and BODINE.

For the prosecutor, *Bourgeois & Coulomb.*

For the defendant, *John A. Bernhard.*

PER CURIAM.

Prosecutor was denied leave to vacate a crossing at the
north end of its station building at South Vineland, Cumber-
land county. The crossing in question led across railroad
tracks and siding, the latter having been discontinued, from
one station platform to another. The crossing was originally
built for railroad convenience in the collection and delivery
of freight.

The board of public utility commissioners denied the appli-
cation because of the lack of power contained in the statute.
*Pamph. L.* 1913, *p.* 91. That the statute does not contain
such authorization cannot be gainsaid. It is not to be under-
stood that the opinion in *West Jersey and Seashore Railroad
Co.* v. *Public Utility Commissioners,* 8 *N. J. Mis. R.* 899;
152 *Atl. Rep.* 378, applies to a situation other than the proofs
demonstrated from which it appears that there was authorized
a location of two new crossings in lieu of five to be aban-
doned and found dangerous.

The writ will be dismissed.